

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00022-CR

TOMMY THOMPSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 3rd District Court
Anderson County, Texas
Trial Court No. 30837

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Court reporter Helen Wooten recorded the trial court proceedings in cause number 06-13-00022-CR, styled *Tommy Thompson v. The State of Texas*, trial court cause number 30837, in the 3rd Judicial District Court of Anderson County, Texas. The reporter's record was originally due in this case April 11, 2013. Wooten's late-filed request for an extension of time was granted, extending the filing deadline to June 10. We have received neither the record nor a properly filed and supported request for additional time.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure the filing of the record in this case.

Therefore, we hereby order Helen Wooten to file the reporter's record in cause number 06-13-00022-CR, styled *Tommy Thompson v. The State of Texas*, trial court cause number 30837, to be received by this Court no later than Friday, August 16, 2013.

If the record is not received by August 16, we warn Wooten that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date: July 18, 2013